

**FEDERAL PUBLIC DEFENDER DISTRICT OF HAWAI'I**

Prince Jonah Kūhiō Kalaniani'ole Federal Building
300 Ala Moana Boulevard | Suite 7-104
Honolulu, Hawai'i | 96850-5269
Phone:     (808) 541-2521
Toll Free:  (877) 541-2521
Facsimile: (808) 541-3545
Website:   https://hi.fd.org

Craig Jerome
First Assistant Federal Defender
Craig_Jerome@fd.org

August 31, 2023

United States District Clerk's Office
300 Ala Moana Blvd. Room C304
Honolulu, Hawaii   96850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII   cc
Aug 31, 2023, 3:56 pm
Lucy H. Carrillo, Clerk of Court

Re:  Appointment of Counsel for Fa'au Levi          MC 23-00558 DKW-KJM

Dear Deputy Clerk:

    Mr. Fa'au Levi is a person charged with local crimes in American Samoa, where he resides. I am informed that the local offenses charged in American Samoa are the subject matter of an investigation into federal Civil Rights violations that will be prosecuted in federal court in Hawai'i.

    Although no accusatory instrument has been filed against Mr. Levi, he will need the assistance of counsel in order to negotiate with the government and upon the filing of charges in Hawai'i district court.

    Attached is a Financial Affidavit completed by Mr. Levi which suggests he does not have the means with which to retain counsel. If Mr. Levi qualifies, we would ask that our office be appointed to his case. Thank you.

Sincerely,

CRAIG JEROME
First Assistant Federal Defender
District of Hawaii

CJ:hh
Attachment